# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

June 11, 2020

Before:
DIANE P. WOOD, Chief Circuit Judge

ILANA DIAMOND ROVNER, Circuit Judge

AMY C. BARRETT, Circuit Judge

| No. 19-3169 | COOK COUNTY, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>CHAD F. WOLF, et al.,<br>Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:19-cv-06334<br>Northern District of Illinois, Eastern Division<br>District Judge Gary Feinerman ||

The judgment of the District Court is AFFIRMED, with costs, in accordance with the decision of this court entered on June 10, 2020.